**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DAVID WHITMORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-12-1408-M |
| ) | |
| JANET DOWLING, WARDEN, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On April 25, 2013, United States Magistrate Judge Gary M. Purcell issued a Supplemental Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be DENIED. The parties were advised of their right to object to the Report and Recommendation by May 15, 2013. Petitioner's objection and declaration were filed on June 5, 2013.

Upon de novo review, the Court:

(1) ADOPTS the Supplemental Report and Recommendation issued by the Magistrate Judge on April 25, 2013;

(2) DENIES petitioner's petition for writ of habeas corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 20th day of June, 2013.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE